Scottlynn J Hubbard, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: USDCEast@HubsLaw.com

Attorney for Plaintiff

Jesse M. Sullivan, SBN 225932
HAIGHT BROWN & BONESTEEL LLP
Three Embarcadero Center, Suite 200
San Francisco, CA 94111
Telephone: 415.546.7500
Facsimile: 415.546.7505
Email: jsullivan@hbblaw.com

Attorneys for Defendant PNS Stores, Inc.

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin Vogel,<br><br>    Plaintiff,<br><br>    vs.<br><br>PNS Stores, Inc., et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:16-cv-00195-LJO-SMS<br><br>**Joint Stipulation for Dismissal and Order Thereon** |

TO THE COURT AND ALL PARTIES:

Plaintiff Martin Vogel and defendant PNS Stores, Inc., stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: June 10, 2016       DISABLED ADVOCACY GROUP, APLC

  */s/   Scottlynn J Hubbard*
  Scottlynn J Hubbard
  Attorney for Plaintiff

Dated: June 10, 2016       HAIGHT BROWN & BONESTEEL LLP

  */s/   Jesse M. Sullivan*
  Jesse M. Sullivan
  Attorney for Defendant PNS Stores, Inc.

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 1:16-cv-00195-LJO-SMS, is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

  Dated:   **June 10, 2016**          /s/ Lawrence J. O'Neill
                    UNITED STATES CHIEF DISTRICT JUDGE